## C. H. SHUFFIELD v. STATE.
### No. 17026.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

Oxford & McMillan, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

Omitting the formal parts, we quote the indictment as follows: "On or about the 27th day of December A. D. 1933, and anterior to the presentment of this indictment, in the county and state aforesaid C. H. Shuffield did then and there unlawfully transport liquor capable of producing intoxication."

The indictment is fundamentally defective for the reasons stated in Bob Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882, opinion on motion for rehearing, this day delivered.

The judgment is reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

### EDWARDS v. STATE.
#### No. 16985.

Court of Criminal Appeals of Texas.
Nov. 7, 1934.

T. L. Price, of Post, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of possessing intoxicating liquor for the purpose of sale, and his punishment assessed at confinement in the state penitentiary for a term of two years.

An inspection of the indictment discloses that the same is defective, in that it merely charges the appellant with the "unlawful possession, for the purpose of sale, of liquor capable of producing intoxication." In the case of Bob Offield v. State, 75 S.W.(2d) 882, delivered October 31, 1934, not yet reported [in State report], this court, in passing upon a similar indictment, held the same insufficient. We do not deem it necessary to again discuss the error therein pointed out, but refer to the same for a full discussion thereof.

It is therefore ordered that the judgment of the trial court be, and the same is hereby, reversed, and the prosecution is ordered dismissed and the appellant discharged.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.